IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00313-NYW

KEILON HILL,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
CORPORAL ROBERT KLEMAN, in his individual capacity,
OFFICER THOMAS LUDWIG, in his individual capacity, and
OFFICER GARY YAMPOLSKY, in his individual capacity,

     Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

Defendants the City and County of Denver, Officer Thomas Ludwig, and Officer Gary Yampolsky, through undersigned counsel, move pursuant to Fed.R.Civ.P. 6(b) for a twenty-eight (28) day extension of time, up to and including May 16, 2022, to file their answer(s) or other responsive pleading(s) to Plaintiff's First Amended Complaint. As grounds, Defendants state:

1.    Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he conferred with Plaintiff's counsel, and Plaintiff does <u>not oppose</u> the relief sought herein.

2.    Plaintiff filed this civil rights action on February 3, 2022 against several individual Denver officers and the City and County of Denver. [Doc. #1.] Defendants waived service of the complaint, but before any defendants filed a responsive pleading, Plaintiff amended his complaint to substitute one individual officer. [Doc. #13.]

3. The new Defendant, Corporal Kleman, has not yet been served.[1] The original Defendants each waived service, and their responses to the First Amended Complaint are due on April 18, 2022. These Defendants now seek a four-week enlargement of time, up to and including May 16, 2022, to file their answer(s) or other responsive pleading(s) to the First Amended Complaint. Counsel anticipates that Corporal Kleman will also file his responsive pleading simultaneously.

4. Pursuant to Federal Rule of Civil Procedure 6(b), the Court may, in its discretion and for good cause shown, permit an enlargement of time to respond to a pleading. Good cause exists here for the extension of time sought by this Motion because undersigned counsel is still coordinating meetings with the individually named Defendants and investigating and reviewing records of the underlying incident to determine how to properly respond on behalf of each Defendant.

5. As noted in the parties' previous Joint Motion to Reset Scheduling Conference (Doc. #10), the parties have engaged in informal discovery and are actively discussing early resolution of the case. Additional time will allow the parties to continue those discussions and potentially conserve the resources of the Court.

6. Finally, setting a uniform deadline for the responsive pleadings of all Defendants will prevent piecemeal responses and thus conserve the resources of both the parties and the Court.

7. This is the first request for an extension of time for Defendants to respond to Plaintiff's complaint, and no party will suffer prejudice from the requested extension. Indeed,

---

[1] Corporal Kleman has retired from the Denver Police Department, and counsel was only recently able to contact him and receive his consent to waive personal service. No waiver has yet been filed.

Plaintiff does not oppose the requested relief. The requested extension will not cause any undue delay or otherwise affect any future dates in this case, as the matter is not yet at issue, and no discovery deadlines have been set

**WHEREFORE**, for all the reasons stated above, Defendants respectfully request that the Court allow them up to and including May 16, 2022 to file their answer(s) or other responsive pleading(s) to Plaintiff's First Amended Complaint.

Dated this 15th day of April 2022.

>
> Respectfully submitted,
>
> By: *s/ Geoffrey Klingsporn*
> Geoffrey Klingsporn, Assistant City Attorney
> Denver City Attorney's Office
> 201 West Colfax Ave., Dept. 1108
> Denver, Colorado 80202
> Telephone: (720) 913-8412
> Facsimile: (720) 913-3155
> E-mail: Geoffrey.Klingsporn@denvergov.org
> *Attorney for Defendants*

### CERTIFICATE OF SERVICE

I certify that on this 15th day of April 2022, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin Grant DeGolia
Rathod Mohamedbhai LLC
2701 Lawrence Street
Suite 100
Denver, CO 80205
bd@rmlawyers.com
*Attorney for Plaintiff*

>
> *s/ Camelia Close*
> Denver City Attorney's Office