**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
Judge

303-844-2527

May 4,  2022

TO:          Jeffrey Colwell, Clerk

FROM:     Judge Babcock                          s/LTB

RE:          Civil Action No.  22-cv-00313
               Hill v. City and County of Denver, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp